UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Edmond Dixon, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LYONS MAGNUS, LLC<br><br>TRU ASEPTICS, LLC<br><br>*Defendants*. | Civil Action No.**2:22-cv-04039-BHH**<br><br>**PLAINTIFF EDMOND DIXON'S RESPONSES TO LOCAL CIVIL RULE 26.01 DSC INTERROGATORIES** |

**PLAINTIFF EDMOND DIXON'S
RESPONSES TO LOCAL CIVIL RULE 26.01 DSC INTERROGATORIES**

Pursuant to Local Civil Rule 26.01 DSC, Plaintiff Edmond Dixon answers as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:** None.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: In its Complaint, Plaintiff has requested a jury trial on all its claims. Plaintiff believes that issues of fact affect each of its claims in this case and are appropriate for jury resolution.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:** **Plaintiff is not a corporation**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER:** **The subject case was filed in the Charleston Division of the United States District Court for the District of South Carolina as the Plaintiff resides within the jurisdiction of the Charleston Division pursuant to 28 USC § 1391(b) and (c). Additionally, Plaintiff asserts that the acts of the Defendants complained of in Plaintiff's Complaint took place within the jurisdiction of the Charleston Division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **This action is not related to any other matter filed in this district.**

Dated: November 29, 2022

                                                Respectfully submitted,

                                                By: */s/Paul J. Doolittle*

                                        **POULIN | WILLEY | ANASTOPOULO**
                                        Blake G. Abbott (Federal I.D. #104423)
                                        Paul J. Doolittle (Federal I.D. #6012)
                                                      32 Ann Street
                                                 Charleston, SC 29403
                                                  Tel: (843) 614-8888
                                                              Email:
                                         blake@akimlawfirm.com
                                         pauld@akimlawfirm.com