# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| EDMOND DIXON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LYONS MAGNUS, LLC, and TRU ASEPTICS, LLC,<br>　　　　　Defendants. | Civil Action No. 2:22-cv-04039-BHH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Edmond Dixon, and their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed with regards to just his claims, without prejudice against all Defendants.

　　　　　　　　　　　　　　　　　　　　*/s/ Paul J. Doolittle*
　　　　　　　　　　　　　　　　　　　　Paul J. Doolittle (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Blake G. Abbott (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　**POULIN | WILLEY | ANASTOPOULO, LLC**
　　　　　　　　　　　　　　　　　　　　32 Ann Street
　　　　　　　　　　　　　　　　　　　　Charleston, SC 29403
　　　　　　　　　　　　　　　　　　　　Tel: (843) 614-8888
　　　　　　　　　　　　　　　　　　　　Email: pauld@akimlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　blake@akimlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties, as indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Paul J. Doolittle*
Paul J. Doolittle